# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAD BRACY,** | : | **CIVIL NO. 1:18-CV-76** |
| Petitioner | : | **(Chief Judge Conner)** |
| v. | : | |
| **WARDEN, FCI ALLENWOOD,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 18th day of December, 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania